**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| CRAIG TINSLEY, TRUSTEE § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Case No. 4:12cv152 |
| § | |
| BAC HOME LOAN SERVICING, L.P., § | |
| BANK OF NEW YORK MELLON, § | |
| RECONTRUST COMPANY, N.A. § | |
| § | |
| Defendants. § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND
ORDER OF DISMISSAL FOR WANT OF PROSECUTION**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 12, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants BAC Home Loan Servicing, L.P., now Bank of America, N.A. by merger, ReconTrust Company, N.A., and The Bank of New York Mellon's Motion to Dismiss (Dkt. 4) be GRANTED in part and that this case be dismissed for want of prosecution.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed,[1] this court is of the opinion that the findings and conclusions of the

---

[1] The court notes that, according to the record herein, the report and recommendations was sent to *pro se* Plaintiff at the address he provided. The mail was returned as undeliverable and indicated that the address was vacant. To date, Plaintiff has not provided the court with an updated address as is his obligation if he desires to prosecute his suit.

Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Therefore, Defendants BAC Home Loan Servicing, L.P., now Bank of America, N.A. by merger, ReconTrust Company, N.A., and The Bank of New York Mellon's Motion to Dismiss (Dkt. 4) is GRANTED in part. This case is dismissed for want of prosecution and shall be closed on the court's docket.

**IT IS SO ORDERED.**

**SIGNED this the 17th day of July, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE